No. 01–9407.  MASON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 01–9410.  MASON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 01–9412.  KELLAM v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 01–9414.  IN RE MCCOLM.  C. A. 9th Cir.  Certiorari denied.

No. 01–9415.  PIGOTT v. BELL, CORRECTIONAL ADMINISTRATOR I, PENDER CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 01–9425.  WARD v. MICHIGAN DEPARTMENT OF CORRECTIONS.  Sup. Ct. Mich.  Certiorari denied.

No. 01–9427.  TURNER v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–9429.  LOFTEN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–9430.  LEE, AKA CAMPBELL v. BERGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 01–9431.  LOVE v. MCCAUGHTRY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 01–9432.  HARRIS v. GILMORE, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–9433.  HUNTER v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 01–9438.  ROWSEY v. NASHVILLE POLICE DEPARTMENT.  C. A. 6th Cir.  Certiorari denied.

No. 01–9442.  AVILES SANCHEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.